UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. |
| VS | § | |
| | § | |
| SYED MAAZ SHAH | § | FILED UNDER SEAL |

H 06 -428

*UNITED STATES COURTS*
*SOUTHERN DISTRICT OF TEXAS*
*FILED*
*NOV 28 2006*
*MICHAEL N. MILBY, CLERK OF COURT*

### INDICTMENT

UNSEALED

UNSEALED PER 11/29/06

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about January 13 through January 15, 2006, in the Houston Division of the Southern District of Texas,

**SYED MAAZ SHAH,**

defendant herein, then being an alien admitted to the United States under a nonimmigrant visa (as that term is defined in section 101(a)(26) of the Immigration and Nationality Act pursuant to Title 8, United States Code, Section 1101(a)(26)), knowingly and unlawfully possessed a firearm that had been shipped or transported in, or affected interstate or foreign commerce, namely, an Armalite, Inc. model M15A4, .223 caliber semi automatic rifle.

In violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

## COUNT TWO

On or about March 10 through March 11, 2006, in the Houston Division of the Southern District of Texas,

**SYED MAAZ SHAH,**

defendant herein, then being an alien admitted to the United States under a nonimmigrant visa (as that term is defined in section 101(a)(26) of the Immigration and Nationality Act pursuant to Title 8, United States Code, Section 1101(a)(26)), knowingly and unlawfully possessed a firearm that had been shipped or transported in, or affected interstate or foreign commerce, namely, an Armalite, Inc. model M15A4, .223 caliber semi automatic rifle.

In violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

A TRUE BILL:

**Original Signature On File**

FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE
United States Attorney

By: 
GLENN COOK/SHELLEY J. HICKS
Assistant United States Attorneys
(713) 567-9000