United States Courts
Southern District of Texas
FILED

APR 1 1 2007

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS | § | |
| | § | CRIMINAL NO. H-06-428 S |
| SYED MAAZ SHAH | § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about January 13 through January 15, 2006, in the Houston Division of the Southern District of Texas,

**SYED MAAZ SHAH,**

defendant herein, who, being an alien illegally and unlawfully present in the United States, knowingly and unlawfully possessed in and affecting interstate and foreign commerce, a firearm, namely an Armalite, Inc., model M-15A4, .223 caliber semi automatic rifle.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## COUNT TWO

On or about , March 10 through March 11, 2006, in the Houston Division of the Southern District of Texas,

**SYED MAAZ SHAH,**

defendant herein, who, being an alien illegally and unlawfully present in the United States, knowingly and unlawfully possessed in and affecting interstate and foreign commerce, a firearm, namely an Armalite, Inc., model M-15A4, .223 caliber semi automatic rifle.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## COUNT THREE

On or about January 13 through January 15, 2006, in the Houston Division of the Southern District of Texas,

**SYED MAAZ SHAH,**

defendant herein, then being an alien admitted to the United States under a nonimmigrant visa (as that term is defined in section 101(a)(26) of the Immigration and Nationality Act pursuant to Title 8, United States Code, Section 1101(a)(26)), knowingly and unlawfully possessed a firearm that had been shipped or transported in, or affected interstate or foreign commerce, namely, an Armalite, Inc. model M15A4, .223 caliber semi automatic rifle.

In violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

## COUNT FOUR

On or about March 10 through March 11, 2006, in the Houston Division of the Southern District of Texas,

**SYED MAAZ SHAH,**

defendant herein, then being an alien admitted to the United States under a nonimmigrant visa (as that term is defined in section 101(a)(26) of the Immigration and Nationality Act pursuant to Title 8, United States Code, Section 1101(a)(26)), knowingly and unlawfully possessed a firearm that had been shipped or transported in, or affected interstate or foreign commerce, namely, an Armalite, Inc. model M15A4, .223 caliber semi automatic rifle.

In violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

A TRUE BILL:                              Original Signature on File

                                          _____
                                          FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE
United States Attorney

By: _____
GLENN COOK/SHELLEY J. HICKS
Assistant United States Attorneys
(713) 567-9000