IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CAUSE NO.  H 06-CR428 |
| | § | |
| SAYED MAAZ SHAH | § | |
| | § | |

# MOTION OF INTENT TO RAISE THE ISSUE OF ENTRAPMENT

**COMES NOW** the Defendant, Sayed Maaz Shah, and gives formal notice of his intent to present the defense of entrapment at the trial of the above styled and numbered cause.

Respectfully submitted,

/s/FRANK JACKSON
FRANK JACKSON
State Bar No. 10463000
2612 Boll Street
Dallas Texas 75204
(214) 871-1122
(214) 880-0443 [fax]

**ATTORNEY FOR DEFENDANT**